IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| MARIBEL ROQUE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-4097-TC-ADM |
| | ) | |
| WILLIAM BAYNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter comes before the court on plaintiff Maribel Roque's renewed Motion to Proceed Without Prepayment of Fees. (ECF 8.) Title 28 U.S.C. § 1915 allows courts to authorize commencing a civil action "without prepayment of fees or security therefor, by a person who submits an affidavit that . . . the person is unable to pay such fees or give security therefor." Proceeding in forma pauperis ("IFP") "in a civil case is a privilege, not a right—fundamental or otherwise." *White v. Colorado*, 157 F.3d 1226, 1233 (10th Cir. 1998). The decision to grant or deny IFP status under § 1915 lies within the district court's sound discretion. *Engberg v. Wyoming*, 265 F.3d 1109, 1122 (10th Cir. 2001).

Based on the information provided in Roque's supplemental affidavit of financial status (ECF 12), the court concludes that Roque's financial situation warrants waiving the filing fee. Because of this, the court grants the motion insofar as the court finds Roque is entitled to proceed without prepayment of fees.

As the court explained in its order dated October 8, 2025, the court next will screen the complaint for merit under 28 U.S.C. § 1915(e)(2)(B). (ECF 6.) As discussed in that order, "Roque's complaint includes narrative descriptions of his claims in Spanish, rather than English," which presents several problems. (*Id.* at 2.) The court urged Roque to file "an amended complaint

that is in English for the court's consideration." (*Id*. at 3.) As of this date, Roque has not done so. The court now orders Roque to file an amended complaint in English by **November 14, 2025**, so that the court can screen the complaint and, if justified, proceed to direct the U.S. Marshals Service to serve the complaint on the defendants. If Roque does not file an amended complaint by that date, the court intends to recommend that the district court judge dismiss the case for failure to prosecute.

**IT IS THEREFORE ORDERED** that Roque's Motion to Proceed Without Prepayment of Fees (ECF 8) is granted. The U.S. Marshals Service shall withhold service on the defendants until further order of the court.

**IT IS FURTHER ORDERED** that Roque file an amended complaint in English by **November 14, 2025**.

**IT IS FURTHER ORDERED** that the clerk's office mail a copy of this order to Roque via certified mail.

Dated October 21, 2025, at Kansas City, Kansas.

s/ Angel D. Mitchell
Angel D. Mitchell
U.S. Magistrate Judge
